UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LONNIE ROGERS,

    Plaintiff,

v.       Case No. 5:25-cv-8-MCR/MJF

CAPTAIN PARRISH and OFFICER POYTHRESS,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation dated January 13, 2025. (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED**.

3. This action is dismissed pursuant to 28 U.S.C. § 1915(g) without prejudice to Plaintiff initiating a new case accompanied by payment of the $405.00 fee in its entirety.

4. The clerk of the court is directed to close the case file.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**